IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PRESTON GRIFFITH, a minor, by and through his Conservators and Parents, DANA GRIFFITH and LINDSEY LEE; and LINDSEY LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST CHOICE HEALTH NETWORK, INC., and JOHN DOES 1-2<br><br>Defendants. | CV 20–171–M–DLC<br><br>ORDER |

Before the Court is Plaintiffs' Unopposed Motion to Amend Complaint, Withdraw First Choice's Motion for Summary Judgment, and Remand Matter to State District Court. (Doc. 21.)

IT IS ORDERED that the motion (Doc. 21) is GRANTED. Thus, IT IS FURTHER ORDERED that:

(1) Plaintiffs are granted leave to file the Second Amended Complaint and Demand for Trial by Jury. (*See* Doc. 21-1.)

(2) Defendant First Choice Health Network, Inc.'s Motion for Summary Judgment (Doc. 15) is WITHDRAWN without prejudice.

1

(3)     After Plaintiffs file the Second Amended Complaint and Demand for Trial by Jury, this case is REMANDED to the Eleventh Judicial District Court, State of Montana, in and for the County of Flathead for further proceedings.

(4)     The trial set for April 25, 2021 and all associated deadlines (Doc. 13) are VACATED.

DATED this 27th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court